# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHERI CURLER,

        Plaintiff,

v.                                                                 Case No. 11-CV-14570

                                                                               Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## **JUDGMENT**

      **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date March 28, 2013, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

      Dated at Detroit, Michigan this 28th day of March, 2013

                                                                       DAVID J. WEAVER
                                                                       CLERK OF THE COURT

                                                                       BY: s/LaShawn Saulsberry
APPROVED:                                                                    Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2013, by electronic and/or ordinary mail.

                                  S/LaShawn R. Saulsberry
                                  Case Manager